SCHUYLER NATIONAL BANK, PLAINTIFF IN ERROR, V.
NEIL R. BULLONG, DEFENDANT IN ERROR.

MAXWELL J.

The questions involved in this case are the same as
those presented in the case of *Schuyler National Bank v.
Hector C. Bullong*, and the same ruling will be made
thereon.

The judgment of the district court is reversed, and the
cause remanded for further proceedings.

REVERSED AND REMANDED.

THE other judges concur.